**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUL - 3 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

JONATHAN NOWITZKI,
PLAINTIFF

V.

CASE NO. 3:12-CV-2049-M

MARK CUBAN, D/B/A OWNER NATIONAL
BASKETBALL ASSOCIATION'S DALLAS
MAVERICKS,
DEFENDANT

## MOTION TO WITHDRAW SUIT

Plaintiff moves to withdraw this lawsuit. The allegations are not true.

the clerk of court should not of filed this case as it the suit did not complying with local federal court rules including no cover sheet attached.

RESPECTFULLY SUBMITTED,

_____ 6-28-2012

Jonathan Nowitzki
2300 m st. nw
WASHINGTON, DC 20037

2300 M St. NW
Washington, D.C. 20037

3:12cv2049

U.S. District Court
Dallas Texas
U.S. Courthouse
1100 Commerce St.
Dallas, Texas

RECEIVED
JUL -3 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS