UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONATHAN NOWITZKI,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>  §   No. 3:12-cv-2049-M<br>MARK CUBAN, D/B/A OWNER  §<br>NATIONAL BASKETBALL ASSOC'S  §<br>DALLAS MAVERICKS,  §<br>  §<br>Defendant.  | |

### ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS, AND RETENTION OF JURISDICTION FOR POTENTIAL SANCTIONS

On July 3, 2012, Plaintiff filed a motion to withdraw and dismiss this suit.  Plaintiff states that the allegations in his Complaint are "not true."  The Court determines that Plaintiff's motion for voluntary dismissal of his claims should be granted, pursuant to Fed. R. Civ. P. 41(a).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for voluntary dismissal is **GRANTED**, and Plaintiff's claims are dismissed **WITH PREJUDICE**.  However, the Court retains jurisdiction to determine if and to what extent Plaintiff should be sanctioned for filing a pleading which he acknowledges is "not true."  Plaintiff is **ORDERED** to file, by **August 3, 2012**, a document describing any basis he has for contending that he should not be sanctioned.

**SO ORDERED**.

July 20, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS